No. 1081. The City of St. Augustine, Petitioner, *v.* Minnie Thompson. April 29, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. P. Axtell* and *Mr. C. D. Rinehart* for the petitioner. *Mr. William W. Dewhurst, Mr. Horatio Bisbee* and *Mr. George C. Bedell* for the respondent.

---

No. 1095. J. C. Turner Cypress Lumber Company, Petitioner, *v.* Henry M. Pfann et al., etc. April 29, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Horatio Bisbee* and *Mr. George C. Bedell* for the petitioner. *Mr. Charles M. Cooper* and *Mr. John C. Cooper* for the respondents.

---

No. 1067. Emma Harris, Alias Emma R. Smith et al., Plaintiffs in Error and Petitioners, *v.* The United States of America; and No. 1068. Della Bennett, Plaintiff in Error and Petitioner, *v.* The United States of America. May 13, 1912. Petitions for writs of certiorari in these cases granted. *Mr. Max Levy* for the plaintiffs in error and petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the defendant in error and respondent.